CAUSE NO. C-4070-23-M

| | | |
|---|---|---|
| **VERONICA MAFLE** <br> *Plaintiffs*, <br><br> VS. <br><br> **DEUTSCHE BANK NATIONAL TRUST COMPANY** <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | IN THE DISTRICT COURT <br><br><br> __476th__ JUDICIAL DISTRICT <br><br><br> HIDALGO COUNTY, TEXAS |

## TEMPORARY RESTRAINING ORDER
## AND ORDER SETTING HEARING FOR TEMPORARY ORDERS

The application of Plaintiffs, **Veronica Mafle**, for temporary restraining orders was presented to the Court today. Defendant is **Deutsche Bank National Trust Company.**

The Court examined the pleadings of the Plaintiffs and finds that Plaintiffs are entitled to a temporary restraining order.

**IT IS THEREFORE ORDERED** that the clerk of this Court issue a temporary restraining order restraining Defendant and any of Defendant's agents or trustees from foreclosing on the properties located at 1008 Ragland St., Mission, Texas 78572 (also known as "legal description" Lot 43 being 1.0 Acre of Land, Sharyland Orchards Subdivsion, Hidalgo County, Texas according to the map or plat thereof recorded in Volume 1, Page 31, Map Records of Hidalgo County, Texas).

This restraining order is effective immediately and shall continue in force and effect until further order of this Court or until it expires by operation of law. This order shall be binding on Defendant, on Defendant's agents, servants, and employees, and on those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise. A bond in the amount of $ __1,500.00__ shall be placed in the court's registry.

1

**EXHIBIT C-2**

Electronically Filed
9/29/2023 6:21 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-4070-23-M**

It is further ordered that the clerk shall issue notice to Defendant Deutsche Bank National Trust Company, to appear, and Defendant is **ORDERED** to appear, before this Court, on  October, 11, 2023 @ 9:00am  . The purpose of the hearing is to determine whether, while the case is pending:

Defendant has the authority to foreclose on 1008 Ragland St., Mission, Texas 78572

The preceding temporary restraining order should be made a permanent injunction pending final hearing.

**IT IS FURTHER ORDERED** that any authorized person eighteen years of age or older who is not a party to or interested in the outcome of this suit may serve any citation, notice, or process in this case.

SIGNED on  October 2nd , 2023 at  11:58  a.m./~~p.m.~~

DATE 10/3/2023

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By_____

_____
JUDGE PRESIDING
YSMAEL D. FONSECA

**APPROVED AS TO FORM ONLY:**
JUAN RAMOS LAW GROUP

4415 N. McColl Rd.,
McAllen, Texas 78504
(956) 630-7670

By: __/s/ Juan G. Ramos, Jr.__
**JUAN G. RAMOS JR.**
**Texas Bar No. 24094908**
**frontdesk@jramoslawgroup.com**
**Attorney for Plaintiff**

CC Trustee:

Connie Cobb

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ramos Staff on behalf of Juan Ramos
Bar No. 24094908
frontdesk@jramoslawgroup.com
Envelope ID: 80119246
Filing Code Description: Petition
Filing Description:
Status as of 10/2/2023 8:28 AM CST

Associated Case Party: Veronica Wafle

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Juan Ramos | | frontdesk@jramoslawgroup.com | 9/29/2023 6:21:08 PM | SENT |